# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WENDEL, ROBERT JOSEPH | § | Case No. 10-75713 |
| WENDEL, JULIE KRISTINE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 10-75713 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|

Case Name:   WENDEL, ROBERT JOSEPH

WENDEL, JULIE KRISTINE

For Period Ending: 01/07/13

Trustee Name:        DANIEL M. DONAHUE

Date Filed (f) or Converted (c):   11/17/10 (f)

341(a) Meeting Date:        12/20/10

Claims Bar Date:        09/27/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 216 Wander Way Lake in the Hills, IL 60156 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. | Checking account with Bank of America, Lake in the | 2.00 | 0.00 | | 0.00 | FA |
| 3. | Savings account with Bank of America, Lake in the | 7.00 | 0.00 | | 0.00 | FA |
| 4. | Misc. household goods with debtors | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. | Misc. books and CD's with debtors | 200.00 | 0.00 | | 0.00 | FA |
| 6. | Misc. clothes with debtors | 120.00 | 0.00 | | 0.00 | FA |
| 7. | Annuity Settlement from Libery Mutual, Dover, NH. | 11,163.00 | 6,763.00 | | 8,375.04 | 0.00 |
| 8. | 2005 Chevrolet Silverado with 70,000 miles in poor | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. | 1996 Jaguar XJ Series XJ6 Vanden Plas with 130,000 | 2,400.00 | 0.00 | | 0.00 | FA |
| 10. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $169,892.00          $6,763.00                              $8,375.14          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/12          Current Projected Date of Final Report (TFR): 09/01/12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 10-75713  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WENDEL, ROBERT JOSEPH | | Bank Name: | Bank of America, NA |
| | WENDEL, JULIE KRISTINE | | Account Number / CD #: | *******3781  MONEY MARKET |
| Taxpayer ID No: | *******0142 | | | |
| For Period Ending: | 01/07/13 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 465.28 |
| | | POB 1525 | | | | | |
| | | DOVER, NH 03821-1525 | | | | | |
| 07/27/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 930.56 |
| 08/26/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 1,395.84 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,395.85 |
| 09/28/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 1,861.13 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,861.14 |
| 10/26/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 2,326.42 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,326.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.35 | 2,324.09 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,324.11 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.87 | 2,321.24 |
| 12/01/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 2,786.52 |
| 12/28/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 3,251.80 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,251.82 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.34 | 3,248.48 |
| 01/19/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,248.50 |
| 01/19/12 | | Transfer to Acct #*******3929 | Bank Funds Transfer | 9999-000 | | 3,248.50 | 0.00 |

Page Subtotals     3,257.06     3,257.06

Page:    2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-75713 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WENDEL, ROBERT JOSEPH | | Bank Name: | Bank of America, NA |
| | WENDEL, JULIE KRISTINE | | Account Number / CD #: | *******3781  MONEY MARKET |
| Taxpayer ID No: | *******0142 | | | |
| For Period Ending: | 01/07/13 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,257.06 | 3,257.06 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 3,248.50 | |
| | | | Subtotal | | 3,257.06 | 8.56 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,257.06 | 8.56 | |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-75713 -MLB |
| Case Name: | WENDEL, ROBERT JOSEPH |
| | WENDEL, JULIE KRISTINE |
| Taxpayer ID No: | *******0142 |
| For Period Ending: | 01/07/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3929  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3781 | Bank Funds Transfer | 9999-000 | 3,248.50 | | 3,248.50 |
| 01/30/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 3,713.78 |
| | | POB 1525 | | | | | |
| | | DOVER, NH 03821 | | | | | |
| 02/24/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 4,179.06 |
| | | POB 1525 | | | | | |
| | | DOVER, NH 03821 | | | | | |
| 03/28/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 4,644.34 |
| 05/01/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 5,109.62 |
| 05/30/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 5,574.90 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 4.49 | 5,570.41 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/27/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 6,035.69 |
| 07/25/12 | 7 | LIBERTY MUTUAL | DIVIDEND PAID | 1129-000 | 465.28 | | 6,500.97 |
| 08/27/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 6,966.25 |
| 09/25/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 7,431.53 |
| 10/26/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 7,896.81 |
| 11/26/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 8,362.09 |

Page Subtotals        8,366.58            4.49

FORM 2                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-75713  -MLB |
| Case Name: | WENDEL, ROBERT JOSEPH |
| | WENDEL, JULIE KRISTINE |
| Taxpayer ID No: | *******0142 |
| For Period Ending: | 01/07/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3929  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,366.58 | 4.49 | 8,362.09 |
| | | | Less:  Bank Transfers/CD's | | 3,248.50 | 0.00 | |
| | | | Subtotal | | 5,118.08 | 4.49 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,118.08 | 4.49 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3781 | 3,257.06 | 8.56 | 0.00 |
| GENERAL CHECKING - *******3929 | 5,118.08 | 4.49 | 8,362.09 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,375.14 | 13.05 | 8,362.09 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.00b

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 07, 2013 |

Case Number:   10-75713
Debtor Name:   WENDEL, ROBERT JOSEPH

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $4.49 | $4.49 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2,484.00 | $2,484.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $102.65 | $102.65 |
| 000001 070 7100-00 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured | | $0.00 | $1,488.89 | $1,488.89 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $4,661.63 | $4,661.63 |
| 000003 070 7100-00 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured | | $0.00 | $543.62 | $543.62 |
| 000004 070 7100-00 | B-Real, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $380.00 | $380.00 |
| 000005 070 7100-00 | B-Real, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $42.00 | $42.00 |
| 000006 070 7100-00 | Portfolio Recovery Associates, LLC c/o Orchard Bank PO Box 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $622.02 | $622.02 |
| 000007 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $0.00 | $2,351.85 | $2,351.85 |
| 000008 070 7100-00 | American InfoSource LP as agent for Merrick Bank PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $2,911.43 | $2,911.43 |

| Page 2 | | EXHIBIT C | | | | Date: January 07, 2013 |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:   10-75713
Debtor Name:   WENDEL, ROBERT JOSEPH

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 | Rjm Acquisitions Llc | Unsecured | | $0.00 | $45.47 | $45.47 |
| 070 | 575 Underhill Blvd | | | | | |
| 7100-00 | Suite 224 | | | | | |
| | Syosset, NY 11791 | | | | | |
| | Case Totals: | | | $0.00 | $15,638.05 | $15,638.05 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-75713
Case Name: WENDEL, ROBERT JOSEPH
                 WENDEL, JULIE KRISTINE
Trustee Name: DANIEL M. DONAHUE

         Balance on hand                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses        $_____

        Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

        In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

        Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Midland Credit Management, Inc. | $ | $ | $ |
| 000004 | B-Real, LLC | $ | $ | $ |
| 000005 | B-Real, LLC | $ | $ | $ |
| 000006 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000007 | LVNV Funding LLC | $ | $ | $ |
| 000008 | American InfoSource LP as agent for | $ | $ | $ |
| 000009 | Rjm Acquisitions Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE