# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WENDEL, ROBERT JOSEPH | § | Case No. 10-75713 |
| WENDEL, JULIE KRISTINE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/11/2013 in Courtroom 3100,

United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue_____
                                                          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                        §
                                              §
WENDEL, ROBERT JOSEPH                         §      Case No. 10-75713
WENDEL, JULIE KRISTINE                        §
                                              §
              Debtor(s)                       §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,375.14 |
| and approved disbursements of | $ | 13.05 |
| leaving a balance on hand of[1] | $ | 8,362.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,587.51 | $ 0.00 | $ 1,587.51 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,484.00 | $ 0.00 | $ 2,484.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 102.65 | $ 0.00 | $ 102.65 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,174.16 |
| Remaining Balance | $ | 4,187.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,046.91  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 1,488.89 | $ 0.00 | $ 477.92 |
| 000002 | Capital One Bank (USA), N.A. | $ 4,661.63 | $ 0.00 | $ 1,496.34 |
| 000003 | Midland Credit Management, Inc. | $ 543.62 | $ 0.00 | $ 174.50 |
| 000004 | B-Real, LLC | $ 380.00 | $ 0.00 | $ 121.97 |
| 000005 | B-Real, LLC | $ 42.00 | $ 0.00 | $ 13.48 |
| 000006 | Portfolio Recovery Associates, LLC | $ 622.02 | $ 0.00 | $ 199.66 |
| 000007 | LVNV Funding LLC | $ 2,351.85 | $ 0.00 | $ 754.92 |
| 000008 | American InfoSource LP as agent for | $ 2,911.43 | $ 0.00 | $ 934.54 |
| 000009 | Rjm Acquisitions Llc | $ 45.47 | $ 0.00 | $ 14.60 |

Total to be paid to timely general unsecured creditors    $ 4,187.93

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-75713-TML
Robert Joseph Wendel                                                      Chapter 7
Julie Kristine Wendel
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 3          Date Rcvd: Jan 16, 2013
                             Form ID: pdf006         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2013.
```
db/jdb    +Robert Joseph Wendel,   Julie Kristine Wendel,   216 Wander Way,
           Lake in the Hills, IL 60156-1340
16434305  +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
           Wilmington, DE 19899-8833
16434310  +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
           Columbus, OH 43219-6009
16434311  +Credit Control,   PO Box 4521,   Chesterfield, MO 63006-4521
16434313  +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
16434315  +Er Solutions,   Po Box 9004,   Renton, WA 98057-9004
16434317  +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
16434319  +HBLC,   c/o Steven J. Fink,   25 East Washington Street #1233,   Chicago, IL 60602-1876
16434320  +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16434321  +HSBC Card Services,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16434318  +Harris,   222 Merchandise Mart Plz,   Chicago, IL 60654-1103
16434323  +Juniper Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
16434332  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
16434331  +Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
16434333  +Steven Fink & Associates, P.C.,   25 E. Washington #1233,   Chicago, IL 60602-1876
16434334  +The Bureaus,   1717 Central St,   Evanston, IL 60201-1590
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17751523   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2013 03:00:08
            American InfoSource LP as agent for,   Merrick Bank,   PO Box 248838,
            Oklahoma City, OK  73124-8838
16434304  +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jan 17 2013 02:39:11      Armor Systems Co,   1700 Kiefer Dr,
            Suite 1,   Zion, IL 60099-5105
17560177   E-mail/Text: resurgentbknotifications@resurgent.com Jan 17 2013 02:36:31       B-Real, LLC,
            MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17537871   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2013 02:56:37      Capital One Bank (USA), N.A.,
            by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
16434306  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2013 03:00:08      Capital One, N.a.,
            C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16434312   E-mail/Text: clerical.department@yahoo.com Jan 17 2013 02:39:49      Creditors Collection B,
            755 Almar Pkwy,   Bourbonnais, IL 60914-2393
16434316   E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2013 02:55:13      GE Money Bank,
            Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
16434324  +E-mail/Text: bankruptcy@keyfinancial.us Jan 17 2013 02:40:57      Keyfinserv,   5315 Wall Street,
            Madison, WI 53718-7937
17711543   E-mail/Text: resurgentbknotifications@resurgent.com Jan 17 2013 02:36:31      LVNV Funding LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
16434325  +E-mail/Text: resurgentbknotifications@resurgent.com Jan 17 2013 02:36:31      Lvnv Funding Llc,
            Po Box 740281,   Houston, TX 77274-0281
16434326  +E-mail/Text: bkr@cardworks.com Jan 17 2013 02:39:46      Merrick Bank,   Po Box 5000,
            Draper, UT 84020-5000
16434327  +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2013 02:37:58      Midland Credit Management,
            Po Box 939019,   San Diego, CA 92193-9019
17526343  +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2013 02:37:58      Midland Credit Management, Inc.,
            8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
16434329  +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 17 2013 02:46:08      Nco/invision-medclr,
            Attn: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
16434330  +E-mail/Text: bankrup@aglresources.com Jan 17 2013 02:36:43      Nicor Gas,
            Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17770724  +E-mail/Text: rjm@ebn.phinsolutions.com Jan 17 2013 02:37:46      Rjm Acquisitions Llc,
            575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
                                                                                      TOTAL: 16
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16434308*  +Capital One, N.a.,   C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16434309*  +Capital One, N.a.,   C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16434307*  +Capital One, N.a.,   C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16434314*  +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
16434322*  +HSBC Card Services,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16434328*  +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
17678656*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   PO Box 41067,
            Norfolk VA 23541)
                                                                         TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cshabez          Page 2 of 3              Date Rcvd: Jan 16, 2013
                             Form ID: pdf006        Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

    Addresses marked '++' were redirected to the recipient's preferred mailing address
    pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**          **Signature:**

```
District/off: 0752-3        User: cshabez         Page 3 of 3          Date Rcvd: Jan 16, 2013
                           Form ID: pdf006        Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2013 at the address(es) listed below:

```
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Erick  J Bohlman    on behalf of Debtor Robert Joseph Wendel abohlman@sbcglobal.net,
           jd@bohlmanlaw.com
          Erick  J Bohlman    on behalf of Joint Debtor Julie Kristine Wendel abohlman@sbcglobal.net,
           jd@bohlmanlaw.com
          Maria  Georgopoulos    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
           for Morgan Stanley Capital I Inc. Trust 2006-HE1, Mortgage Pass-Through Certificates, Series
           2006-H nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                        TOTAL: 7
```