UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| WENDEL, ROBERT JOSEPH § | Case No. 10-75713 |
| WENDEL, JULIE KRISTINE § | |
| § | |
| Debtor(s) § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage Attention: Research Dept. G7- PP 3415 Vision Drive Columbus, OH 43219 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Er Solutions Po Box 9004 Renton, WA 98057 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | HBLC c/o Steven J. Fink 25 East Washington Street #1233 Chicago, IL 60602 | | | | | |
| | HSBC Card Services Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | HSBC Card Services Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Harris 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Juniper Card Services PO Box 13337 Philadelphia, PA 19101 | | | | | |
| | Keyfinserv 5315 Wall Street Madison, WI 53718 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Merrick Bank Po Box 5000 Draper, UT 84020 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Penn Credit Corporatio 916 S 14th St Harrisburg, PA 17104 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | The Bureaus 1717 Central St Evanston, IL 60201 | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | B-REAL, LLC | | | | | |
| 000005 | B-REAL, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | LVNV FUNDING LLC | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000009 | RJM ACQUISITIONS LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-75713   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENDEL, ROBERT JOSEPH | Date Filed (f) or Converted (c): | 11/17/10 (f) |
|  | WENDEL, JULIE KRISTINE | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 04/09/13 | Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 216 Wander Way Lake in the Hills, IL 60156 | 150,000.00 | 0.00 |  | 0.00 | FA |
| 2. Checking account with Bank of America, Lake in the | 2.00 | 0.00 |  | 0.00 | FA |
| 3. Savings account with Bank of America, Lake in the | 7.00 | 0.00 |  | 0.00 | FA |
| 4. Misc. household goods with debtors | 1,000.00 | 0.00 |  | 0.00 | FA |
| 5. Misc. books and CD's with debtors | 200.00 | 0.00 |  | 0.00 | FA |
| 6. Misc. clothes with debtors | 120.00 | 0.00 |  | 0.00 | FA |
| 7. Annuity Settlement from Libery Mutual, Dover, NH. | 11,163.00 | 6,763.00 |  | 8,375.04 | 0.00 |
| 8. 2005 Chevrolet Silverado with 70,000 miles in poor | 5,000.00 | 0.00 |  | 0.00 | FA |
| 9. 1996 Jaguar XJ Series XJ6 Vanden Plas with 130,000 | 2,400.00 | 0.00 |  | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.10 | Unknown |
| TOTALS (Excluding Unknown Values) | $169,892.00 | $6,763.00 |  | $8,375.14 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/12     Current Projected Date of Final Report (TFR): 09/01/12

LFORM1                                                                                                          Ver: 17.01

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-75713 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WENDEL, ROBERT JOSEPH | | Bank Name: | Bank of America, NA |
| | WENDEL, JULIE KRISTINE | | Account Number / CD #: | *******3781 MONEY MARKET |
| Taxpayer ID No: | *******0142 | | | |
| For Period Ending: | 04/09/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/11 | 7 | LIBERTY MUTUAL POB 1525 DOVER, NH 03821-1525 | ANNUITY | 1129-000 | 465.28 | | 465.28 |
| 07/27/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 930.56 |
| 08/26/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 1,395.84 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,395.85 |
| 09/28/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 1,861.13 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,861.14 |
| 10/26/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 2,326.42 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,326.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.35 | 2,324.09 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,324.11 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.87 | 2,321.24 |
| 12/01/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 2,786.52 |
| 12/28/11 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 3,251.80 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,251.82 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.34 | 3,248.48 |
| 01/19/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,248.50 |
| 01/19/12 | | Transfer to Acct #*******3929 | Bank Funds Transfer | 9999-000 | | 3,248.50 | 0.00 |

Page Subtotals   3,257.06   3,257.06

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-75713 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENDEL, ROBERT JOSEPH | Bank Name: | Bank of America, NA |
| | WENDEL, JULIE KRISTINE | Account Number / CD #: | *******3781 MONEY MARKET |
| Taxpayer ID No: | *******0142 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS |  | 3,257.06 | 3,257.06 | 0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 3,248.50 |  |
|  |  |  | Subtotal |  | 3,257.06 | 8.56 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 3,257.06 | 8.56 |  |

Page Subtotals   0.00   0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-75713 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | WENDEL, ROBERT JOSEPH | Bank Name: | CONGRESSIONAL BANK |
| | WENDEL, JULIE KRISTINE | Account Number / CD #: | *******3929 GENERAL CHECKING |
| Taxpayer ID No: | *******0142 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3781 | Bank Funds Transfer | 9999-000 | 3,248.50 | | 3,248.50 |
| 01/30/12 | 7 | LIBERTY MUTUAL POB 1525 DOVER, NH 03821 | ANNUITY | 1129-000 | 465.28 | | 3,713.78 |
| 02/24/12 | 7 | LIBERTY MUTUAL POB 1525 DOVER, NH 03821 | ANNUITY | 1129-000 | 465.28 | | 4,179.06 |
| 03/28/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 4,644.34 |
| 05/01/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 5,109.62 |
| 05/30/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 5,574.90 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 4.49 | 5,570.41 |
| 06/27/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 6,035.69 |
| 07/25/12 | 7 | LIBERTY MUTUAL | DIVIDEND PAID | 1129-000 | 465.28 | | 6,500.97 |
| 08/27/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 6,966.25 |
| 09/25/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 7,431.53 |
| 10/26/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 7,896.81 |
| 11/26/12 | 7 | LIBERTY MUTUAL | ANNUITY | 1129-000 | 465.28 | | 8,362.09 |
| 02/12/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,587.51 | 6,774.58 |
| 02/12/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,484.00 | 4,290.58 |
| 02/12/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 102.65 | 4,187.93 |
| 02/12/13 | 000104 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000001, Payment 32.1% | 7100-000 | | 477.92 | 3,710.01 |
| 02/12/13 | 000105 | Capital One Bank (USA), N.A. | Claim 000002, Payment 32.1% | 7100-000 | | 1,496.34 | 2,213.67 |
| | | | Page Subtotals | | 8,366.58 | 6,152.91 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-75713 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENDEL, ROBERT JOSEPH | Bank Name: | CONGRESSIONAL BANK |
| | WENDEL, JULIE KRISTINE | Account Number / CD #: | *******3929 GENERAL CHECKING |
| Taxpayer ID No: | *******0142 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | | | | | |
| 02/12/13 | 000106 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000003, Payment 32.1% | 7100-000 | | 174.50 | 2,039.17 |
| 02/12/13 | 000107 | B-Real, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000004, Payment 32.1% | 7100-000 | | 121.97 | 1,917.20 |
| 02/12/13 | 000108 | B-Real, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000005, Payment 32.1% | 7100-000 | | 13.48 | 1,903.72 |
| 02/12/13 | 000109 | Portfolio Recovery Associates, LLC c/o Orchard Bank PO Box 41067 Norfolk VA 23541 | Claim 000006, Payment 32.1% | 7100-000 | | 199.66 | 1,704.06 |
| 02/12/13 | 000110 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000007, Payment 32.1% | 7100-000 | | 754.92 | 949.14 |
| 02/12/13 | 000111 | American InfoSource LP as agent for Merrick Bank PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000008, Payment 32.1% | 7100-000 | | 934.54 | 14.60 |
| 02/12/13 | 000112 | Rjm Acquisitions Llc 575 Underhill Blvd Suite 224 Syosset, NY 11791 | Claim 000009, Payment 32.1% | 7100-000 | | 14.60 | 0.00 |
| | | | Page Subtotals | | 0.00 | 2,213.67 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-75713 -MLB |
| Case Name: | WENDEL, ROBERT JOSEPH |
| | WENDEL, JULIE KRISTINE |
| Taxpayer ID No: | *******0142 |
| For Period Ending: | 04/09/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3929  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,366.58 | 8,366.58 | 0.00 |
| Less: Bank Transfers/CD's | 3,248.50 | 0.00 | |
| Subtotal | 5,118.08 | 8,366.58 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,118.08 | 8,366.58 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3781 | 3,257.06 | 8.56 | 0.00 |
| GENERAL CHECKING - ********3929 | 5,118.08 | 8,366.58 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,375.14 | 8,375.14 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*